433 A.2d 542

Commonwealth v. Clark, Appellant.

Submitted November 14, 1980.  John M. Leonard, for appellant;  David B. Wasson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

433 A.2d 542

Commonwealth v. Cohen, Appellant.

Submitted September 11, 1980.  Stephen C. Hurvitz, for appellant;  Allan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Affirmed on the able opinion of Judge Durham of the lower court.